1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF ARIZONA

10

Regina Calisesi, Toi, and Jeffri Bolton,          CASE NO.  2:13-CV-01150-PHX-NVW
11  Ex Rel United States of America,

                                                  **ORDER GRANTING DEFENDANTS'**
12              Plaintiffs,                        **UNOPPOSED MOTION FOR**
                                                  **EXTENSION OF TIME TO RESPOND**
13         v.                                      **TO THIRD AMENDED**
                                                  **CONSOLIDATED COMPLAINT**
14  HotChalk, Inc., Concordia University,
    (an Oregon not for profit), University of
15  Mary, Centenary College, Concordia
    University, (a Nebraska not for profit),
16  Concordia College New York
    Foundation, Inc.,
17
                Defendants.
18

19

20      Pursuant to Defendants' Unopposed Motion for Extension of Time to Respond to

    Third Amended Consolidated Complaint, and for good cause appearing therefore,
21

        **IT IS HEREBY ORDERED** that the deadline for Defendants to file responsive
22

    pleadings to Plaintiffs' Third Amended Consolidated Complaint is extended from June 8,
23

    2015 to June 22, 2015.
24

25

26

27

28