IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Regina Calisesi, Toi, and Jeffri Bolton, ex rel. United States of America,<br><br>Plaintiffs,<br><br>v.<br><br>HotChalk Incorporated, et al.,<br><br>Defendants. | No. CV-13-01150-PHX-NVW<br><br>**ORDER** |

Before the Court is the Notice of Proposed Settlement and Motion for Extension of Time for Filing of the Government's Proposed Complaint in Intervention (Doc. 152).

Defendants HotChalk, Inc., and Concordia University-Portland state that they have reached with the United States a proposed agreement in principle to settle all claims brought on behalf of the United States in this litigation, and they request a seven-day extension of the time for the United States to file its proposed Complaint in Intervention. They request the extension for the sole purpose of securing all necessary approvals within the government and by the institutions and completing the settlement documentation. They further assert that the process of securing all necessary approvals within the government is underway and that the United States supports this motion. Further, the Motion is signed on behalf of the U.S. Attorney for the District of Arizona. In light of these assertions and the necessity of approval by additional levels of government, the Court will grant a fifteen-day extension of the time for the United States to file its proposed Complaint in Intervention.

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that the Motion for Extension of Time for Filing |
| 2 | of the Government's Proposed Complaint in Intervention (Doc. 152) is granted in that the |
| 3 | time for the United States to file its Proposed Complaint in Intervention is extended to |
| 4 | and including August 20, 2015. |
| 5 | Dated this 3rd day of August, 2015. |

*/s/ Neil V. Wake*
Neil V. Wake
United States District Judge