IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Regina Calisesi, Toi, and Jeffri Bolton, ex rel. United States of America,<br><br>Plaintiffs,<br><br>v.<br><br>HotChalk, Inc., et al.,<br><br>Defendants. | No. CV-13-01150-PHX-NVW<br><br>**ORDER** |

Pursuant to the Amended Stipulation of Dismissal (Doc. 156) filed by the Defendant HotChalk, Inc. ("HotChalk"), Defendant Concordia University (an Oregon not for profit) ("CU-P"), Defendant Concordia University (a Nebraska not for profit) ("C-NE"), Defendant Concordia College (a New York not-for-profit corporation) ("C-NY"), and Realtors on August 28, 2015, and good cause appearing therefor,

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 156).

IT IS FURTHER ORDERED that all of Relators' claims against Defendants HotChalk, CU-P, C-NE, and C-NY are dismissed with prejudice. Defendants will bear their own attorney's fees, costs, and expenses incurred in connection with this action.

IT IS FURTHER ORDERED that Relators are entitled to their reasonable attorneys' fees, expenses, and costs under 31 U.S.C. § 3730(d), though Defendants

reserve the right to challenge the reasonableness of the attorneys' fees, expenses, and costs.

Dated this 31st day of August, 2015.

_____
Neil V. Wake
United States District Judge