UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Regina Calisesi, Toi and Jeffri Bolton., Ex Rel United States of America<br><br>Plaintiffs,<br><br>v.<br><br>HotChalk, Inc., Concordia University, (an Oregon not for profit), University of Mary, Centenary College, Concordia University (a Nebraska not for profit), Concordia College New York Foundation, Inc., Edward Fields, James Cheshire, and Mark Zinselmeier<br><br>Defendants. | No.: CV-13-01150-PHX-NVW<br><br><br><br>**ORDER** |

Pursuant to the Stipulation of Dismissal (Doc. 161) filed by Defendant University of Mary ("UMary") and good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 161).

IT IS FURTHER ORDERED that all claims of Calisesi, Toi, and Bolton ("Relators") against UMary are dismissed with prejudice. UMary and Relators will bear their own attorneys' fees and costs relative to all claims against UMary.

IT IS FURTHER ORDERED that all claims are hereby dismissed by and among all parties, except as to the issue of attorneys' fees set forth in this Court's Order at (Doc. 157). Relators shall file their claims for their reasonable attorneys' fees, expenses, and costs under

1  31 U.S.C. § 3730(d) within 14 days after the entry of this Order.

2      IT IS FURTHER ORDERED that the hearing and oral argument set for Wednesday, September 30, 2015, is hereby vacated.

4      The Clerk is directed to term this case.

5      Dated this 29th day of September, 2015.

                                             Neil V. Wake
                                       United States District Judge